No. 842.   WING v. MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 845.   STUBBS ET UX. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 849.   FIELDING ET AL. v. FEDERAL SAVINGS & LOAN INSURANCE CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 854.   LUCKENBACH STEAMSHIP CO. v. ZIM ISRAEL NAVIGATION CO., LTD., ET AL.; and

No. 855.   TELFAIR v. ZIM ISRAEL NAVIGATION CO., LTD., ET AL.   C. A. 5th Cir.   Certiorari denied.   Reported below: 428 F. 2d 127.

No. 856.   GREENSPUN v. NEVADA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 857.   GWYTHER ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 859.   HARDIN, SECRETARY OF AGRICULTURE v. HARRY H. PRICE & SONS, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 860.   ARIZONA v. SHAW.   Sup. Ct. Ariz.   Certiorari denied.

No. 863.   MIDDLEBROOKS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 864.   DADE COUNTY CLASSROOM TEACHERS' ASSN., INC. v. RUBIN ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 5245.   WILLIAMS v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.